**ECLECTIC INVESTMENT PARTNERS, LP**

**VERSUS**

**ANDREW WILSON, SR. AND ANDREW WILSON, JR. AND THE CITY OF NEW ORLEANS**

\*  **NO. 2022-CA-0197**

\*  **COURT OF APPEAL**

\*  **FOURTH CIRCUIT**

\*  **STATE OF LOUISIANA**

\*

\*

\* \* \* \* \* \* \*

**CONSOLIDATED WITH:**

**EASY LIVING CONSTRUCTION, LLC**

**VERSUS**

**ECLECTIC INVESTMENT PARTNERS, LP AND THE CITY OF NEW ORLEANS**

**CONSOLIDATED WITH:**

**NO. 2022-CA-0198**

**CONSOLIDATED WITH:**

**ECLECTIC INVESTMENT PARTNERS, LP**

**VERSUS**

**CHELSEY RICHARD NAPOLEON, AS EX-OFFICIO RECORDER OF CONVEYANCES FOR THE PARISH OF ORLEANS, IN HER CAPACITY AS CLERK OF THE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, AND EASY LIVING CONSTRUCTION, LLC**

**CONSOLIDATED WITH:**

**NO. 2022-CA-0199**

*TGC*  **CHASE J., CONCURS IN THE RESULT**